IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  03-cv-01045-RPM

SERGEY G. NOVITSKY,

        Plaintiff,

v.

CITY OF AURORA,
MICHAEL WORTHAM and
PAUL MARSHALL,

        Defendants.

_____

ORDER DENYING DEFENDANTS' MOTION FOR AWARD OF ATTORNEY'S
FEES
_____

After entry of the Order for Judgment of Dismissal on March 15, 2005, the

defendants on March 30, 2005, filed a motion for award of attorney's fees pursuant

to 42 U.S.C. § 1988.  The plaintiff filed a notice of appeal on April 8, 2005, and on

May 9, 2005, filed a memorandum in opposition to the defendants' motion for award

of attorney's fees.  Defendants filed a reply on May 24, 2005.  On May 27, 2005, this

Court entered an order deferring ruling on the motion for award of attorney's fees,

recognizing that the outcome of the appeal would be relevant to the motion.

The United States Court of Appeals for the Tenth Circuit entered judgment on

July 5, 2007, affirming the judgment of this court based on a published opinion

discussing the facts and law.  The Mandate was received on August 9, 2007.

After examining the opinion of the Court of Appeals, this Court is unable to say that the plaintiff's claims were of such character as to warrant the award of attorney's fees under the statute.  Accordingly, it is

ORDERED that the defendants' motion for award of attorney's fees is denied.

Dated: November 8th, 2007

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior District Judge